Robert C. Weiss, Law Offices of Robert C. Weiss, of Manhattan Beach, CA, argued for plaintiff-appellant. With him on the brief were, Theodore S. Maceiko, Jones Day, of Los Angeles, CA, and Jerrold B. Reilly, Mag Instrument, Inc., of Ontario, CA.

Jonathan Rotter, Kaye Scholer, LLP, of Los Angeles, CA, argued for defendant-appellee. With him on the brief were Richard G. Greco, Aton Arbisser and Daniel P. Dinapoli.

LOURIE, BRYSON, and PROST, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

Jeffrey S. Standley, Standley Law Group, LLP, of Dublin, OH, argued for plaintiff-appellant. With him on the brief were James L. Kwak, F. Michael Speed, Jr. and Michael R. Stonebrook.

Susan B. Meyer, Gordon & Rees, LLP, of San Diego, CA, argued for defendant-appellee. With him on the brief was John L. Haller.

Before RADER, Chief Judge, NEWMAN and DYK, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

**MAX RACK, INC., Plaintiff–Appellant,**

v.

**HOIST FITNESS SYSTEMS, INC., Defendant–Appellee.**

No. 2010–1417.

United States Court of Appeals, Federal Circuit.

Feb. 10, 2011.

**Melvin MOORE, Claimant–Appellant,**

v.

**Eric K. SHINSEKI, Secretary of Veterans Affairs, Respondent– Appellee.**

No. 2011–7004.

United States Court of Appeals, Federal Circuit.

Feb. 10, 2011.

Rehearing Denied May 2, 2011.